Dear, Honorable Judge Bennett

Today is 9-16-2013 I'm writing to you sir on my mothers behalf.

You sentenced me back in December to five years with the drug program which I'm currently inroled in and doing well.

My only concern is there's a separation on me and my mother Nicky E Cash.

Your Honor I understand you have concern's and reason's for everything you do But I'm asking if you could please understand that I've never been away from my mother and me not being able to at lease write her teres me apart.

The separation states its for matters of Safety.

Your Honor you have my word there wouldnt be any problems with are mail.

If you could please help me with this matter I would greatly Appreciate it.

Thank you,
Melanie Nolquist   ID# 54001-037

RECEIVED
IN THE CHAMBERS OF
RICHARD D. BENNETT
SEP 18 2013
UNITED STATES DISTRICT COURT

RECEIVED PRO SE
SEP 19 2013
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____

Melanie Holquist - 54001-037
Secure Female Facility - Hazelton
P.O. Box 3000
Bruceton Mills, WV 26525

16 SEP 2013

Inspected by
Court Security Officer

SEP 17 2013
Baltimore, MD

The Honorable Richard D. Bennett
101. W. Lombard St.
Baltimore. MD 21201

2120182605